# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BRIAN RICHARD MCCABE, : | |
| : | |
| Debtor. : | |
| _____ : | |
| : | |
| CONOR CORCORAN, : | |
| : | BANKRUPTCY NO. 13-19715 |
| Appellant, : | |
| : | CIVIL ACTION NO. 16-5792 |
| v. : | |
| : | ADVERSARY NO. 14-609 |
| BRIAN RICHARD MCCABE, : | |
| : | |
| Appellee. : | |

## ORDER

**AND NOW**, this _11th____ day of May, 2018, upon consideration of the Certificate of Appeal from an Order entered by the Honorable Ashley M. Chan, United States Bankruptcy Court Judge for the Eastern District of Pennsylvania (Doc. 1), Appellant's Brief (Doc. 6), Appellant's Supplemental Brief (Doc. 8), Appellee's Brief (Doc. 9), and the designated record on appeal, **IT IS HEREBY ORDERED AND DECREED** that the Bankruptcy Court's Decision is **AFFIRMED**.[1]

                                                      **BY THE COURT**:

                                                      **/s/ Petrese B. Tucker**
                                                      _____
                                                      **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated May 11, 2018.